HAINES MEYER
**MEYER LAW, P.C.**
1425 W. Elliot Road, Suite 105
Gilbert, AZ 85233
Tel: (480) 518-0154/Fax: (480) 284-5579
Email: help@arizonabankruptcyhelp.com
State Bar No.: 20890

Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | (Chapter 13) |
| RENEE HARRIS, | Case No.: 2:21-bk-05853 DPC |
| Debtor(s). | **MOTION TO TERMINATE DEBTOR'S SECOND MOTION FOR EMPLOYER AUTOMATIC PLAN PAYMENT DEDUCTION** |

COMES NOW the Debtor(s), RENEE HARRIS, by and through their counsel undersigned, and hereby move this Court to terminate the Second Motion for Employer Automatic Plan Payment Deduction, filed on August 13, 2021, Docket# 17.

Debtor's Chapter 13 has been dismissed.

WHEREFORE, premises considered, Debtor(s) pray that the Court terminate the Second Motion for Employer Automatic Plan Payment Deduction, filed on August 13, 2021, Docket# 17.

Respectfully submitted this 6th day of September, 2022.

**MEYER LAW, P.C.**

/s/ Haines Meyer 020890

───────────────────────────
HAINES MEYER, ESQ.
1425 W. Elliot Road, Suite 105
Gilbert, AZ 85233
Attorney for Debtor(s)

## CERTIFICATE OF SERVICE

I, Haines Meyer, further certify that a copy of the Motion to Terminate Debtor's Second Motion for Employer Automatic Plan Payment Deduction and Certificate of Service was mailed today, September 6, 2022, to all creditors and interested parties as listed below:

DATED this 6th day of September, 2022.

**MEYER LAW, P.C.**

/s/ Haines Meyer 020890

───────────────────────────
HAINES MEYER, ESQ.
1425 W. Elliot Road, Suite 105
Gilbert, AZ 85233
Attorney for Debtor(s)

VA Medical Center
Attn: Shelia Haley
650 E Indian School Rd
Phoenix AZ 85012
Fax: 602-222-6464

Russell Brown, Trustee
3838 N Central Ave, Ste 800
Phoenix AZ 85012

US Trustee
Office of the US Trustee
230 N First Ave, Ste 204
Phoenix AZ 85003

---

**MOTION TO TERMINATE DEBTOR'S SECOND MOTION FOR EMPLOYER AUTOMATIC PLAN PAYMENT DEDUCTION**
- 2 -
Case 2:21-bk-05853-DPC   Doc 53   Filed 09/06/22   Entered 09/06/22 14:12:34   Desc
Main Document   Page 2 of 3

1. Renee Harris
2. 1502 W Glendale Ave, Apt 204
   Phoenix AZ 85021

**MOTION TO TERMINATE DEBTOR'S SECOND MOTION FOR EMPLOYER AUTOMATIC PLAN PAYMENT DEDUCTION**

- 3 -